**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
(East St. Louis)

| | |
|---|---|
| **In re:** | ) |
| | ) |
| | ) Case No. 06-30887-lkg |
| **ERIC N. FOERSTERLING** | ) Chapter 13 |
| | ) |
| | ) |
| Debtor/Plaintiff, | ) Adv. Case No. 12-03107 |
| | ) |
| | ) |
| **NATIONSTAR MORTGAGE, LLC** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ANSWER TO DEBTOR'S COMPLAINT FOR DECLARATORY JUDGMENT**

**COMES NOW,** Nationstar Mortgage, LLC, its subsidiaries, affiliates, predecessors in interest, successors or assigns ("Defendant"), by and through its attorneys, Melinda J. Maune, Amy Tucker Ryan, and the law firm of Martin, Leigh, Laws & Fritzlen, P.C., and for its Answer to the Debtor's Complaint for Declaratory Judgment states as follows:

1. Defendant admits the allegations contained in Paragraph One of the Complaint.

2. Defendant admits the allegations contained in Paragraph Two of the Complaint.

3. Defendant admits the allegations contained in Paragraph Three of the Complaint.

4. Defendant admits the allegations contained in Paragraph Four of the Complaint.

5. Defendant admits the allegations contained in Paragraph Five of the Complaint.

6. Defendant admits the allegations contained in Paragraph Six of the Complaint.

7. Defendant admits the allegations contained in Paragraph Seven of the Complaint.

8. Defendant admits the allegations contained in Paragraph Eight of the Complaint.

9. Defendant admits the allegations contained in Paragraph Nine of the Complaint.

10. Defendant admits the allegations contained in Paragraph Ten of the Complaint.

11. Defendant admits the allegations contained in Paragraph Eleven of the Complaint.

12. Defendant admits the allegations contained in Paragraph Twelve of the Complaint.

13. Defendant admits the allegations contained in Paragraph Thirteen of the Complaint.

14. Defendant admits the allegations contained in Paragraph Fourteen of the Complaint.

15. Defendant admits the allegations contained in Paragraph Fifteen of the Complaint.

16. Defendant admits the allegations contained in Paragraph Sixteen of the Complaint.

17. Defendant admits the allegations contained in Paragraph Seventeen of the Complaint.

18. Defendant admits the allegations contained in Paragraph Eighteen of the Complaint.

19. Defendant admits the allegations contained in Paragraph Nineteen of the Complaint.

20. Defendant admits the allegations contained in Paragraph Twenty of the Complaint.

21. Defendant admits the allegations contained in Paragraph Twenty-One of the Complaint.

22. Defendant admits the allegations contained in Paragraph Twenty-Two of the Complaint.

23. Defendant admits the allegations contained in Paragraph Twenty-Three of the Complaint.

24. Defendant admits the allegations contained in Paragraph Twenty-Four of the Complaint.

25. Defendant admits the allegations contained in Paragraph Twenty-Five of the Complaint.

26. Defendant admits the allegations contained in Paragraph Twenty-Six of the Complaint.

27. Defendant admits the allegations contained in Paragraph Twenty-Seven of the

Complaint.

28.     Defendant admits the allegations contained in Paragraph Twenty-Eight of the Complaint.

29.     Defendant is without sufficient information to admit or deny the allegations contained in Paragraph Twenty-Nine and therefore denies the same.

30.     Defendant is without sufficient information to admit or deny the allegations contained in Paragraph Thirty and therefore denies the same.

31.     Defendant is without sufficient information to admit or deny the allegations contained in Paragraph Thirty-one and therefore denies the same.

32.     Defendant is without sufficient information to admit or deny the allegations contained in Paragraph Thirty-two and therefore denies the same.

33.     Defendant is without sufficient information to admit or deny the allegations contained in Paragraph Thirty-three and therefore denies the same. By way of further answer, Defendant shows the account current, with the next payment owed being the August, 2012 payment.

34.     Defendant has requested said documentation and will provide to Counsel upon receipt.

35.     Defendant has requested said documentation and will provide to Counsel upon receipt

**WHEREFORE**, Movant respectfully requests that this Court deny the Debtor's Complaint for Declaratory Judgment, any requests made in said Complaint and for such other and further relief as is just and appropriate under the circumstances.

        Respectfully submitted,

        MARTIN, LEIGH, LAWS & FRITZLEN, P.C.
        s/ Melinda J. Maune
        Melinda J. Maune, #49797, mjm@mllfpc.com
        Amy Tucker Ryan, #6244881, atr@mllfpc.com
        16305 Swingley Ridge Rd, Ste 350
        Chesterfield, MO  63017
        Telephone:   (816) 221-1430
        Fax:   (816) 221-1044
        ATTORNEYS FOR CREDITOR

## **CERTIFICATE OF SERVICE**

        The undersigned hereby certifies that a copy of the foregoing was served through the Court's ECF system on this 19th day of July, 2012:

William Mueller
James Haller
5312 West Main Street
Belleville, IL 62226

Russell C. Simon
Chapter 13 Trustee
33 Bronze Pointe, Suite 110
Swansea, IL  62221

U.S. Trustee
Office of the U.S. Trustee
111 South 10th Street, Suite 6353
St. Louis, MO 63102

And via United States mail, postage prepaid to:

Eric N. Foersterling
373 Orchard Court
Troy, IL  62294

        s/ Melinda J. Maune
        Attorney for Movant